# FUCHS, GREENBERG & SAPIN, L.L.C.

## ATTORNEYS AT LAW
## 35 JOURNAL SQUARE
## 9th FLOOR – SUITE 921
## JERSEY CITY, NEW JERSEY 07306

ROBERT FUCHS - (Retired)  
LEWIS GREENBERG  
MARC E. SAPIN †

† N.J. & PA. BAR

(201) 656-2288  
(201) 656-2264  
FAX (201) 656-4647

HACKENSACK OFFICE  
BY APPOINTMENT ONLY

e-mail address:  
Lewis Greenberg, Esq. - lg@fgsnjlaw.com  
Marc E. Sapin, Esq. - msapin@fgsnjlaw.com

**CMRRR #:   7014 2120 0001 2735 5938**

July 11, 2017

AIG National Union Fire Insurance  
Company of Pittsburgh  
**Attn:  Dwight Pinson, Claims Rep.**  
P. O. Box 305905  
Nashville, Tennessee   37230-5905

**RE:    David M. Paton vs. AIG National Union Fire Insurance  
Company of Pittsburgh.  
Docket No.:  HUD-L-2171-17  
Claim No.:  0694071172US  
D/A:  01/05/2015**

Dear Sir/Madam:

Please be advised of my representation of Plaintiff, David M. Paton, in the above matter.  I enclosed herewith a copy of a Summons and Complaint which is being served upon you pursuant to New Jersey Supreme Court Rule 4: 4-4.

Please forward a copy of the Complaint to your legal department with the request that they file an answer on your behalf.  If you are uninsured, please call us directly.

Very truly yours,

LEWIS GREENBERG

LG/yr  
Encl.

*Via certified and regular mail in accordance with Supreme and Superior Court Rule 1:5-4, which states, "If the addressee fails or refuses to claim or to accept delivery of certified or registered mail, the registered mailing, the ordinary mailing shall be deemed to constitute service".*

**FUCHS, GREENBERG, SAPI, L.L.C**
**35 JOURNAL SQUARE – SUITE 921**
**JERSEY CITY, NEW JERSEY 07306**
**(201) 656-2288**
**FAX (201) 656-4647**
Attorney for the Plaintiff

| | | |
|---|---|---|
| DAVID M. PATON, | :: | SUPERIOR COURT OF NEW JERSEY |
| | :: | LAW DIVISION - HUDSON COUNTY |
| *Plaintiff,* | :: | |
| | :: | |
| | :: | DOCKET NUMBER: |
| vs. | :: | **HUD-L-2171-17** |
| | :: | |
| AIG NATIONAL UNION FIRE INSURANCE | :: | |
| COMPANY OF PITTSBURGH, jointly, | :: | CIVIL ACTION |
| severally and in the alternative, | :: | |
| | :: | |
| *Defendants,* | :: | **SUMMONS** |

## STATE OF NEW JERSEY TO THE ABOVE NAMED DEFENDANT (S):

**AIG NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGHH**
**Attn: DWIGHT PINSON, CLAIMS REP.**
**Claim #:   0694071172US**

The Plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this Summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this Summons, not counting the date you received it.   (The address of each deputy clerk of the Superior Court is provided) An $80.00 filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed.   You must also send a copy of your answer or motion to Plaintiff's attorney whose name and address appear above, or to Plaintiff, if no attorney is named above.   A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the Court may enter a judgment against you for the relief Plaintiff demands, plus interest and costs of suit.   If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services.  A list of these numbers is also provided.

MICHELLE A. SMITH
TEMPORARY CLERK OF THE SUPERIOR COURT

DATED:     July 11, 2017
Name of Person to be Served:           AIG NATIONAL UNION FIRE INSURANCE
                                                            COMPANY OF PITTSBURGH
                                                            **ATTN:  DWIGHT PINSON, CLAIMS REP.**
Address of Person to be Served:        P. O. BOX 305905
                                                            NASHVILLE, TENNESSEE 37230-5905

A
I
G

A
T
O
5
:
s
e
s
s
s

7

7
/
1
7
/
2
0
1
7

**FUCHS, GREENBERG, SAPI, L.L.C**
**35 JOURNAL SQUARE – SUITE 921**
**JERSEY CITY, NEW JERSEY 07306**
**(201) 656-2288**
**FAX (201) 656-4647**
Attorney for the Plaintiff

| | | |
|---|---|---|
| DAVID M. PATON,<br><br>*Plaintiff,*<br><br><br>vs.<br><br>AIG NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, jointly,<br>severally and in the alternative,<br><br>*Defendants,* | ::<br>::<br>::<br>::<br>::<br>::<br>::<br>::<br>::<br>::<br>::<br>::<br>:: | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION - HUDSON COUNTY<br><br><br>DOCKET NUMBER:<br>**HUD-L-2171-17**<br><br><br>CIVIL ACTION<br><br><br>**SUMMONS** |

### STATE OF NEW JERSEY TO THE ABOVE NAMED DEFENDANT (S):

**AIG NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGHH**
**Attn: DWIGHT PINSON, CLAIMS REP.**
**Claim #:   0694071172US**

The Plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this Summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this Summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided) An $80.00 filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to Plaintiff's attorney whose name and address appear above, or to Plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the Court may enter a judgment against you for the relief Plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

MICHELLE A. SMITH
TEMPORARY CLERK OF THE SUPERIOR COURT

DATED:     July 11, 2017
Name of Person to be Served:        AIG NATIONAL UNION FIRE INSURANCE
                                    COMPANY OF PITTSBURGH
                                    **ATTN:  DWIGHT PINSON, CLAIMS REP.**
Address of Person to be Served:     P. O. BOX 305905
                                    NASHVILLE, TENNESSEE 37230-5905

**LEWIS GREENBERG, ESQ. – I.D. #009571975**
**FUCHS, GREENBERG & SAPIN, LLC**
**35 JOURNAL SQUARE – SUITE 921**
**JERSEY CITY, NEW JERSEY 07306**
**(201) 656-2264**
**FAX (201) 656-4647**
Attorney for the Plaintiff

FILED
CUSTOMER SERVICE
MAY 25 2017
SUPERIOR COURT OF NEW JERSEY
COUNTY OF HUDSON
CIVIL DIVISION #5

|  |  |
|---|---|
| DAVID M. PATON, | SUPERIOR COURT OF NEW JERSEY |
| **Plaintiff,** | **LAW DIVISION: HUDSON COUNTY** |
| **vs.** | **DOCKET NUMBER** |
| AIG, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, jointly, severally and in the alternative, | $L \cdot 2171-17$<br>CIVIL ACTION |
| **Defendants.** | **COMPLAINT AND JURY DEMAND** |

The Plaintiff, David M. Paton, residing in the City of Clifton, County of Passaic and State of New Jersey, complaining of the Defendants above says:

### FIRST COUNT:

1.      At all times hereinafter mentioned, Defendant, AIG and National Union Fire Insurance Company of Pittsburgh, were insurance companies authorized by the laws of the State of New Jersey to write policies of motor vehicle insurance, including provision for Uninsured/Underinsured motorist coverage.

AIG
AT05:sess77/17/2017

1

A
I
G

A
T
O
5
:
s
e
s
s
s

7

7
/
1
7
/
2
0
1
7

2.    On or about January 5, 2015, Plaintiff, David M. Paton, was a "covered person" under the Uninsured/Underinsured motorist endorsement of his employer's, Action Carting Environmental Group, Inc.'s, insurance policy issued by  AIG and National Union Fire Insurance Company of Pittsburgh, under Policy No.: 4576693.

3.    On or about January 5, 2015, Plaintiff, David M. Paton, was involved in a motor vehicle accident caused by a careless, reckless, negligent, under the influence tortfeasor,  as well as an Underinsured automobile on 15th Street and New York Avenue, Union City, New Jersey when said tortfeasor's vehicle struck Plaintiff's motor vehicle with tremendous force and violence further causing Plaintiff's vehicle to flip over.

4.    As a result of the aforementioned accident, Plaintiff, David M. Paton, suffered severe temporary and permanent injuries, was rendered disabled, was prevented from engaging in his usual pursuits and occupations, further causing severe and substantial economic loss resulting from his disability to return to his chosen employment and has in the past and will in the future be compelled to expend substantial sums of money to attempt to remedy his pain and suffering, and was otherwise damaged.

5.    Said Tortfeasor's insurance company, Liberty Insurance Group offered and paid their policy limits of $15,000.00 in settlement of said underlying claim.

6.    Pursuant to the provisions of the aforementioned insurance policy, Plaintiff, David M. Paton, made claim for Underinsured motorist benefits from the Defendants, AIG and

National Union Fire Insurance Company of Pittsburgh, along with demand for arbitration due to Defendant's refusal to resolve Plaintiff's Underinsured Motorist Claim in good faith.

7.    Said Defendants, AIG and National Union Fire Insurance Company of Pittsburgh, has refused to agree to proceed to Arbitration despite its contractual obligation to do so with Plaintiff, further due to Defendants' failure to settle Plaintiff's Uninsured/Underinsured Motorist claim for his very serious permanent injuries suffered as a result of the within motor vehicle accident of January 5, 2015

**WHEREFORE**, Plaintiff, David M. Paton, demands judgment against the Defendants, AIG and National Union Fire Insurance Company of Pittsburgh, for the full extent of their Underinsured motorist coverage of $1,000,000.00 together with interest, attorney fees, costs, and such other relief as the Court deems appropriate.

**FUCHS, GREENBERG & SAPIN, LLC**
Attorneys for Plaintiff

BY _____
LEWIS GREENBERG, ESQ.

Dated:  May 22, 2017

3

**TO THE WITHIN NAMED DEFENDANTS**:

   **PLEASE TAKE NOTICE** that Plaintiff herein demands a trial by jury on all Counts of

the foregoing Complaint.

                                        **FUCHS, GREENBERG & SAPIN, LLC**
                                        Attorneys for Plaintiff

                                        BY _____
                                            LEWIS GREENBERG, ESQ.

Dated: May 22, 2017

A
I
G

A
T
0
5
:
s
e
s
s

7

7
/
1
7
/
2
0
1
7

4

A
I
G

A
T
O
5
:
S
e
s
s

7

7
/
1
7
/
2
0
1
7

CERTIFICATION (R.4:5-1)

The Plaintiff hereby certifies that the matter in controversy is the subject of a

pending workers compensation claim in the Passaic District and is not the  subject of

any known pending arbitration proceedings

The Plaintiff further certifies that they have no knowledge of any contemplated

actions or arbitration proceedings which is contemplated regarding the subject matter of

this action and that they are not aware of any other parties who shall be joined in this

action.

In accordance with R. 4:25-4, Lewis Greenberg, Esq., is hereby designated as trial

counsel for the plaintiff in the above matter.

FUCHS, GREENBERG & SAPIN, LLC
Attorneys for Plaintiff

LEWIS GREENBERG, ESQ.

Dated:  May 22, 2017

**Appendix XII-B1**



| **CIVIL CASE INFORMATION STATEMENT** (CIS)<br><br>Use for initial Law Division<br>Civil Part pleadings (not motions) under *Rule* 4:5-1<br>**Pleading will be rejected for filing, under *Rule* 1:5-6(c),<br>if information above the black bar is not completed<br>or attorney's signature is not affixed** | FOR USE BY CLERK'S OFFICE ONLY |
|---|---|
| | PAYMENT TYPE: ☐CK ☐CG ☐CA |
| | CHG/CK NO. |
| | AMOUNT: |
| | OVERPAYMENT: |
| | BATCH NUMBER: |

| ATTORNEY / PRO SE NAME<br>LEWIS GREENBERG, ESQ. | TELEPHONE NUMBER<br>(201) 656-2288 | COUNTY OF VENUE<br>*Hudson* |
|---|---|---|
| FIRM NAME (if applicable)<br>FUCHS, GREENBERG & SAPIN, LLC. | | DOCKET NUMBER (when available)<br>*L-2171-17* |
| OFFICE ADDRESS<br>35 JOURNAL SQUARE, SUITE 921<br>JERSEY CITY, N.J. 07306 | | DOCUMENT TYPE<br>COMPLAINT |
| | | JURY DEMAND ■ YES ☐ No |

| NAME OF PARTY (e.g., John Doe, Plaintiff)<br>*DAVID M. PATON* | CAPTION<br>*Paton v. AIG + National Union Fire Insurance Co 1 Pittsburg* |
|---|---|

| CASE TYPE NUMBER<br>(See reverse side for listing)<br>*621* | HURRICANE SANDY<br>RELATED?<br>☐ YES ■ NO | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ■ NO<br>IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
|---|---|---|
| RELATED CASES PENDING?<br>☐ YES ■ No | IF YES, LIST DOCKET NUMBERS | |
| DO YOU ANTICIPATE ADDING ANY PARTIES<br>(arising out of same transaction or occurrence)?<br>☐ YES ☑ No | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)<br>☐ NONE<br>☐ UNKNOWN | |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR<br>RECURRENT RELATIONSHIP?<br>☐ YES ☑ No | IF YES, IS THAT RELATIONSHIP:<br>☐ EMPLOYER/EMPLOYEE ☐ FRIEND/NEIGHBOR ☐ OTHER (explain)<br>☐ FAMILIAL ☐ BUSINESS |
|---|---|

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ☑ No

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?<br>☐ YES ☑ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED?<br>☐ YES ☑ No | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE:

HUDSON COUNTY
583 NEWARK AVENUE
JERSEY CITY        NJ 07306

TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (201) 217-5142
COURT HOURS  8:30 AM - 4:30 PM

DATE:     MAY 30, 2017
RE:       PATON VS AIG ET ALS
DOCKET:   HUD L -002171 17

THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

   DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

   THE PRETRIAL JUDGE ASSIGNED IS:   HON DANIEL DALESSANDRO

   IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      002
AT:   (201) 795-6908.

   IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDAN
E
WITH  R. 4:5A-2.
                         ATTENTION:

                              ATT: LEWIS GREENBERG
                              FUCHS GREENBERG SAPIN LLC
                              35 JOURNAL SQUARE
                              9TH FL  SUITE 921
                              JERSEY CITY       NJ 07306

JUJRIVO

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

FUCHS, GREENBERG & SAPIN, LLC.
ATTORNEYS AT LAW
35 JOURNAL SQUARE
SUITE 921
JERSEY CITY, NJ  07306



7014 2120 0001 2735 5938



02  1P        $ 006.77⁰
0000247340    JUL 11  2017
MAILED FROM ZIP CODE 07306

AIG National Union Fire Insurance
Company of Pittsburgh
**Attn:  Dwight Pinson, Claims Rep.**
P. O. Box 305905
Nashville, Tennessee   37230-5905

37230*5905 8051